UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|             Plaintiff,       ) | |
| v.       ) | No. 3:08-CR-48 |
|       ) | (VARLAN/SHIRLEY) |
| MIGUEL MEDINA MARTINEZ,       ) | |
|             Defendant.       ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on defendant Miguel Medina Martinez's Motion to Extend Plea Deadline. [Doc. 248] The defendant moves the Court to extend his plea deadline from May 1, 2009, to June 1, 2009. As grounds, the defendant states that additional time is needed to allow defense counsel to continue plea negotiations. The defendant also argues that, because he is now being held pending trial in the Bradley County Jail, which is approximately three hours of travel, round trip, for defense counsel, communications between counsel and the defendant have been hampered, further necessitating the requested extension. The government does not oppose a short extension, but does oppose the full one month extension.

The Court notes that the trial in this matter is currently scheduled for August 4, 2009, approximately two months after the requested extension. The Court finds that the two month period between the requested June 1, 2009, plea deadline and the trial allows ample time for the parties to prepare for trial, if necessary. The Court further finds that, because of the ample time to prepare for

trial, the government will not be prejudiced by the requested extension. Accordingly, for good cause shown, and in the interests of judicial economy, the defendant's motion **[Doc. 248]** is hereby **GRANTED**. The plea deadline is reset for **June 1, 2009**, as to defendant Miguel Medina Martinez.

    **IT IS SO ORDERED.**

                                       ENTER:

                                        s/ C. Clifford Shirley, Jr.
                                        United States Magistrate Judge